UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD ADDISON MANZANO,

Plaintiff,

-against-

EXPERIAN,

Defendant.

23-CV-8979 (PAE)

ORDER OF SERVICE

PAUL A. ENGELMAYER, United States District Judge:

Plaintiff, who resides in New York, New York, brings this *pro se* action under the Fair

Credit Reporting Act ("FCRA"). He sues Experian, which he alleges is located in Allen, Texas.

By order dated October 24, 2023, the Court granted Plaintiff's request to proceed *in forma*

*pauperis* ("IFP"), that is, without prepayment of fees. The Court directs service on Defendant

Experian.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the

Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6

(2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all

process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to

serve if the plaintiff is authorized to proceed IFP).

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a
summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP
and could not have served the summons and the complaint until the Court reviewed the
complaint and ordered that the summons be issued. The Court therefore extends the time to serve
until 90 days after the date the summons is issued.

To allow Plaintiff to effect service on Defendant Experian through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for the defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon the defendant.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Court also directs the Clerk of Court to issue a summons for Defendant Experian, complete the USM-285 form with the address for the defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Court directs the Clerk of Court to mail an information package to Plaintiff.

SO ORDERED.

Dated:    December 13, 2023
          New York, New York

                                    Paul A. Engelmayer
                              _____
                                    Judge Paul A. Engelmayer
                                    United States District Judge

2

## DEFENDANT AND SERVICE ADDRESSES

Experian
P.O. Box 9701
Allen, TX 75013